1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13  JAMES ERNEST DICKERSON,

14      Petitioner,

    Case No. C06-5110RJB

15      v.

    ORDER TO AMEND

16  CAROL PORTER,

17      Respondent.

18

19      This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant
20  to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Plaintiff has filed a complaint and been given *in*
21  *forma pauperis* status.  (Dkt. # 5).
22      The court reviewed the complaint and was unable to read portions of the complaint  (Dkt. # 1
23  pages 3 and 6).  The document is so light it will not copy or scan into the system.  The clerks office
24  will send petitioner copies of document, (complaint to give petitioner an idea how difficult it is to
25  decipher lightly written documents when they are scanned).
26      Plaintiff is ordered to file an amended complaint that is darker.  Plaintiff will be given until
27
28  ORDER- 1

April 28th, 2006 to comply with this order.  Failure to file an amended complaint will result in a Report and Recommendation that this action be dismissed without prejudice.

The clerk is directed to send a copy of this order and the copies of petitioners filings to petitioner.

DATED this 22nd day of March, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 2