UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Petitioner,

    v.

CAROL PORTER,

    Respondent.

Case No. C06-5110RJB

ORDER DENYING ALL PENDING MOTIONS

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has filed a complaint and been given *in forma pauperis* status. (Dkt. # 5).

    The court reviewed the complaint and was unable to read portions of the document. (Dkt. # 1 pages 3 and 6). The court ordered plaintiff to amend or re submit his complaint. (Dkt. # 7). Plaintiff has not complied and instead has filed, a motion for subpoena duces tecum, (Dkt. # 11), a motion to produce documents, (Dkt. # 12), and a motion for accelerated review, (Dkt. # 12).

    The court still does not have a viable complaint before it and plaintiff is now in contempt of

ORDER- 1

1 the court order to amend as the time for amending has past. The court gave plaintiff over one
2 month, until April, 28th, 2006 to amend.
3    All outstanding motions are **DENIED.**
4       The clerk is directed to send a copy of this order to plaintiff.

7    DATED this 9th day of May, 2006.

10                   */S/ J. Kelley Arnold*
                     J. Kelley Arnold
11                   United States Magistrate Judge

28 ORDER- 2