UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Petitioner,

    v.

CAROL PORTER,

    Respondent.

Case No. C06-5110RJB

REPORT AND RECOMMENDATION

**NOTED FOR:
June 2nd, 2006**

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has filed a complaint and been given *in forma pauperis* status. (Dkt. # 5).

    The court reviewed the complaint and was unable to read portions of the document. (Dkt. # 1 pages 3 and 6). The court ordered plaintiff to amend or re submit his complaint. (Dkt. # 7). Plaintiff has not complied and instead has filed, a motion for subpoena duces tecum, (Dkt. # 11), a motion to produce documents, (Dkt. # 12), and a motion for accelerated review, (Dkt. # 12).

    The motions were summarily denied in light of plaintiff's failure to comply with a court order.

ORDER- 1

1  The court now recommends this action be **DISMISSED WITHOUT PREJUDICE** for failure to
2  comply with the order to file a legible complaint.
3     The action cannot proceed without a legible complaint. A proposed order accompanies this
4  Report and Recommendation.
5     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the
6  parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed.
7  R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of
8  appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule
9  72(b), the clerk is directed to set the matter for consideration on **June 2nd, 2006**, as noted in the
10 caption.

12     DATED this 8th day of May, 2006.

15             */S/ J. Kelley Arnold*
               J. Kelley Arnold
16             United States Magistrate Judge

28 ORDER- 2