1

2

3

4

5                   UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON

6                        AT TACOMA

7 JAMES ERNST DICKERSON,

8           Plaintiff,

9        v.                            Case No. C06-5110RJB

10 CAROL PORTER,                 ORDER ADOPTING THE REPORT
                                        AND RECOMMENDATION

11           Defendant.

12

13        This matter comes before the Court on the Report and Recommendation of Magistrate

14 Judge J. Kelley Arnold (Dkt. 15), Plaintiff's Motion to Issue Subpoena (Dkt. 17), and Plaintiff's

15 Motion to Produce (Dkt. 18). The Court, having reviewed the file, the Report and

16 Recommendation, objections to the Report and Recommendation, if any, and the remaining record,

17 does hereby find and **ORDER**:

18          (1)     The Court **ADOPTS** the Report and Recommendation;

19          (2)     This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the
                 court's order to file a legible complaint. Plaintiff's pending Motion to Issue Subpoena

20                  (Dkt. 17) and Motion to Produce (Dkt. 18) are **STRICKEN AS MOOT**.
         (3)     Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Kelley

21                  Arnold.

22          DATED this 6th day of June, 2006.

23

24                               _Robert J. Bryan_

25                               Robert J. Bryan
                              United States District Judge

26

27

28 ORDER - 1